(mk)
RECVD 03 MAY '16 10:43 USDC-ORP
FILED

| | | |
|---|---|---|
| 2 | U.S. Court House #740 | 3'16 CV 0770-YY |
| Ronald C. Vrooman | Aka District of Columbia Municipal Court | |
| 503 641 8375ph/fax | | 264 |
| ronvrooman38@gmail.com | In the form of Notice and Demand | |
| 5 | Mark O. Hatfield Bldg 1000 SW 3rd Ave. Portland, Oregon [97007] | |

## 6    A new case of civil right; due process and RICO violations

7   Ronald Charles Vrooman and Henry Lyle Mayhew by special appearance in propria Persona sui juris and PAGs, investigators, witnesses Ronald Charles Vrooman, and Henry Lyle Matthew, Oregonians in general, Americans of this jurisdiction on the land in Oregon, both citizens and state nationals.

12   Plaintiff

14   Vrs.

15   The Government represented by Katherine D Armstrong (sp)#309665 of the FBI #878865674 on the BUNDY et al documents as plaintiff

Number to be assigned by #740.

Our # O.U.-*812 PAG of Oregon

Civil right, due process and RICO violations. There has been sufficient evidence gathered and recorded with #740 in documents in other proceedings. All the numbers are known and should have been left in record. I'll resubmit if requested.

Assign a case number to this Notice and Demand

All my standard boiler plate is considered to be placed here. It will appear later in the document I'm sure it is all lawful.

## 20    There is no fee for justice in a court of record and that is what is
## 21                    sought and required by law

22   Three such laws are cited in this paper, proof of PAG, Investigator and Witness, there are over
23   125 mentions in law. I would be happy to provide this additional information on an individual
24   basis. The fees are an affectation of courts nothing to do with lawful.

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

1

25  ⸨Therefore, waive your fees or invoice me

26  If there are fees then are we in commerce? If so, standard practice is to pay after the service is
27  rendered, or invoice and proceed with the order. Reasonable, standard, lawful fees are paid.

28

29  To pay government [?] in advance of services rendered is not
30  standard or agreed to except by duress. Call me Matt.

31

32  Notice:

33  A new case regarding civil rights, due process and RICO violations, also included
34  are underpinning Case No. 3:16-CR-00051-BR Bundy et al including documents
35  removed from docket 213 and Washington County # D144354, and DA and
36  Appellate court numbers. Justice Court Small Claims Washington County #S15-
37  150 of we the people and PAG as one of the people. We reserve the right to add
38  others. Using ex parte Milligan, *Trowbridge Lufkin*; *Public Policy*; *Clearfield
39  Doctrine*; *Predicate Statutes*

40

41  Jurisdiction is the issue; it appears to be the federal court of record, as required by
42  USC the Constitution of the United States of America and several other codes and
43  lawful laws. All of what is required by law in this case and must be provided
44  immediately.

45  To paraphrase ORS I do not have to provide legal conforming documents. I was
46  warned about ORS 162.335 Simulating Legal process. I aim for lawful, and
47  provide my best effort. Those that choose to read this are to provide their best
48  effort. I will respond to any questions on the document to clarify with my best
49  effort. Word art and attorney tricks do not affect this document.

50  If you find a type"o" or any other confusing issue? As with a mortgage; we correct
51  it and go on the intent is clear.

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

2

52   I'm sure by now all concede PAG exists and that is we Henry Lyle Mayhew and
53   Ronald Charles Vrooman, in this instance. If you want that PAG/Attorney boiler
54   plate I have 50 pages of it.

55   What court are you in? Because!

56   We declare common law in the body of our action, under declared Private Attorney
57   General (federal version) under Congress legislated authority, we declare Civil
58   rights vindication in statues with witness and investigator clause, another congress
59   legislated court and the judge creates it under common law with general federal
60   common law, we now provide standing for PAG, we also invoke RICO,
61   [what we are guaranteed is general Federal common law for due process, Statutory
62   mandates on Civil rights infringement, THE CONSTITUTION of/for the
63   United/united States of America *WHICH IS BACK IN PLAY NOT*
64   *ANNOTATED FEDERAL RULES UNDER PUBLIC POLICY. CONGRESS*
65   *STATUES WE CAN ENFORCE, with the power of this court's order and the*
66   *enforcement of the US Marshall etc ]*

67

68   That the Fortieth Congress Sess. II. Ch 249, 250, 251, 252, 253, 254, 255. 1868,
69   this corporation, Sec 6 – And be it further enacted, That Congress may at any time
70   alter, amend, or revoke the said Corporation, approved July 27, 1868, whereby all
71   issues herein are controlled or produced by Congress and or in a consort by
72   enemies foreign and domestic, such as but not limited to Lobbyist, criminal
73   activity, International Communist supporting New World order, and et al, issues
74   interfering with the Sovereignty of the benefit of the people,

75   Point in Law:

76   Title 8 U.S.C. 1481 states, once oath of office is taken citizenship is relinquished,
77   thus the oath taker becomes a foreign entity, agency, or state. That means every
78   public office is a foreign state, even all political subdivisions; i.e., every single
79   court is considered a separate foreign entity.

80

81

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

**3**

82   Point in Law:

83   Article 10, THAT The powers not delegated to the United States by the
84   Constitution, nor prohibited by it to the States, are reserved to the States
85   respectively, or to the people.

86   Point in Law:

87   The Sovereignty of The United States resides in the People, the Congress cannot
88   invoke the sovereigns power of the people to override their will as declared in
89   Constitution, Perry v. United States, 294, U.S. 330, 353 (1935).

90   Point in Law:

91   "Congress can exercise no power by virtue of any supposed inherent sovereignty in
92   the General Government. Indeed, it may be doubted whether the power can be
93   correctly said to appertain to sovereignty in any proper sense as an attribute of an
94   independent political community. The power to commit violence, perpetrate
95   injustice, take private property by force without compensation to the owner, and
96   compel the receipt of promises to pay in place of money, may be exercised, as it
97   often has been, by irresponsible authority, but it cannot be considered as belonging
98   to a government founded upon law. But be that as it may, there is no   such thing
99   as a power of inherent sovereignty in the Government of the United States." -
100        Juilliard v. Greenman, (1884) 110 U.S. 421.

101

102

103   Civil right violations, due process violations and Rico are proven in the above
104   court records and they all stitch together nicely, with additional information.

105   **The issue here is determining**:

106   **Culpability of Katherine Kate Brown #851634 (sp) to what degree**, acting
107   appointed Governor in Salem, Oregon, in the results of her actions. While, as CEO
108   of the Corporation for profit DUNS# 034029589 listed for Oregon the corporation
109   in fraud for government, it is *proven she gave the orders* on television, that started
110   the cavalcade of events leading to the murder of Robert Lavoy Finnicum, the loss

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

4

111 of civil rights etc to the Bundy et all group and that goes for everyone of us, that
112 counts in the we, and PAG as one of the people. Private Attorney Generals Across
113 America. What needs to be established is the degree of culpability. Then we can
114 assess a remedy on the person known as Kate Brown and as the CEO Kate Brown
115 851634 of corporation Oregon #034029589 personally or/and her bond or risk
116 management company. I read that there is no difference in court between civil and
117 criminal it is a legal thing pretended by BAR. I do lawful and juries sort that out.

118 Be aware: there is rumor of communication between Kate Brown and Valerie of
119 the POTUS crew; we will be investigating that also.

120 Provide the court of record, to hear the government defend its position as such; we
121 have the plaintiff and we have Katherine standing in for the government on Bundy
122 et al so we know the government has at least that one representative as recorded in
123 Anna J. Brown's # 80173 court in Portland. Notice to the agent is notice to the
124 principle and so forth.

125 We and I challenge the government (the one (s) represented by Katherine Delgaard
126 Armstrong (sp) she uses many similar names, for the plaintiff a member of the
127 BARor ABA #051801456 (we need to see her foreign agents card required by law
128 and we have the proof! and of the FBI a known corporation acting in color of
129 law)(Pinkerton Act) to come forth and prove the statements made. :governments
130 such as: United States Of America last known to lawfully operate 1860. The only
131 government! The one lawfully holding that position, in the Declaration of
132 Independence, Articles of Confederation and the Constitution and the Constitutions
133 of 38 known states. That identifies one government, prove you have that! Not as an
134 exclusive proof; you may also prove, you actually document government. We find
135 color and no law; just lying, deceitful, fraud. I heard the Constitutionally mandated
136 Post Office still exists, make the suit for the Post Office. You declare it. Prove it.
137 Assumed name certificate for whom?

138 Oregon is another government; identified by its acceptance into the union of the
139 several states. Provide those documents that there is a lawful government Oregon.
140 We find only corporations. No lawful Oregon Government since Nov. 8, 1910 I
141 can prove it. You declared it, prove it.

142

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.



143    Government! prove it.

144    Provide the flesh and blood that you contend is government. Government is
145    named and identified each and every position: identify and bring them forth. I have
146    searched and many others will testify as federal witnesses, we can't find
147    government. We find the documents that identify government but none exists. I
148    know rumor of Constitutions and dates and Republics and oaths and bonds, take
149    heed.

150    Maybe it is for us to decide. I offer remedy at any time you want to hear it.

151    Our government! The description of which is provided by our 4 or 5 organic
152    documents and a special dictionary. We all know what government is. You claim
153    it, you prove it.

154    Multnomah and Harney Counties come forth with the proof of government.

155    Any glaring errors are ours the little ones also. If we missed naming someone we
156    can fix that, if my arithmetic is off, it is all by code and we can read it together.

157    All governments named and un-named must abide by these proceeding from start
158    to finish. Again notice to the agent and so forth.

159                              **Factual Background**

160    We find no evidence of jurisdiction, even when it is claimed. Investigation seems
161         to indicate this is all cooked up, bogus color of law and government. That
162    information was submitted and returned by the court. Not 100% of filings other
163    *documents that were submitted were return. Removing evidence from the record is*
164         unlawful. Someone is sanitizing the record to control what is in the record at
165                    appeal. Another civil rights violation at minimum.

166        We find evidence of fraud when we look for government. Please ask for my
167    attachments if you wish additional factual background, I got a ton left over from
168         another case. The use of pro-nouns I, me, we, are listed by named plaintiff.

169        All of the categories in the Notice and Demand have additional information
170         available. There are PAG people that actually like stacking up case history and
171    documentation. One guy dropped 4,000 pages lawfully on the government, taped

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

6

172 into boxes. Ex parte Milligan Trowbridge Lufkin come to mind and I will submit
173 details if you wish. We all got the same duckduckgo. The only reason there is a
174 case for the government is! it was start ordered by Kate Brown, then she got a
175 bogus law to hide the OSP 93-6001779 shooters.

176 We find the case in Bundy et al to be void ab initio.

### Breech of Agreement

178 The agreement is published in the Constitution of the United States of America
179 circa 1819 thru 1860, The Declaration of Independence, and the Oregon
180 Constitution (original), Articles of Confederation and the Northwest Ordinance
181 1787.

182 Show what evidence the government has, that the Constitution used after the
183 Congress adjourned sine die in 1860 has been lawfully changed legislatively. I find
184 no record that the several states have met in congress together since Lincoln was
185 POTUS.I paraphrase. You claim to represent government Katharine Delgaard
186 Armstrong (SP) show me their/your proof.

### INJURIES

188 Robert LaVoy Finnicum was denied his civil rights, due process unto death during
189 the false arrest and incarceration of the accused in Bundy et al in Oregon. It is the
190 most egregious act but as the federal corporation, is tied to the states and counties
191 and municipalities they are all guilty the government. Katherine is the documented
192 representative. This repugnancy, tested, to our Constitution(s) to cause unlawful
193 acts is to be nullified. We will be allowed extension at trial, into a larger class
194 action law suit to include; all and any civil rights violations, due process violations,
195 and RICO that arise from this/these issue(s). The wrongful arrest and incarceration
196 of Ronald Vrooman and Ross Abordokaninau (sp) and uncounted others to be
197 determined. Payment to be used as a partial remedy. It is a government mind set,
198 flip the authority by rule or statute or other word art or law art to deny the
199 **government of, by and for the people.**

200 That is a partial definition of what you must prove in a court of record with all the
201 yata yata . No color of law government accepted. Government (alleged) has hurt us

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

7

202  all by fraud and deceit. It is true, the actual identity suffers obfuscation. I'm sure a
203  jury will select the correct choice for government.

204  Dealing with the representatives of government is a joke. Department of Justice
205  #011669674 071813036, The Federal District Court in Portland is part of a DC
206  municipal court that is incorporated and no longer a constitutionally guaranteed
207  judiciary. But , it is all that is available by law concerning PAG, civil rights, due
208  process and RICO.[ Kate Brown is a proven scoff law and when we get her in
209  court we will prove our claims.] Kate Brown cannot provide proof of her
210  government. D. Charley bailey cannot prove his court because he is unlawful as is
211  Oregon judiciary Article VII amended Nov. 8, 1910.

212  I'm side tracked into other than injury. The lying, cheating, stealing that we have
213  proof of! And are ready to prosecute! Transgressions egregious, are so injurious as
214  to be ridiculous to define. The jury will recognize the truth without direction in my
215  court of record.

216  <center>DUTY</center>

217  You as my judiciary interface to the government have a moral, legal, and lawful
218  duty to not cause injury. The executive and legislative branches of the federal and
219  all Oregon governments under color of law are unlawful bogus corporations
220  causing injury.ORS 1.025.  And the fraud reaches into; as yet not totally defined.
221  The same holds true to those that are party to this, due to the communication
222  restraints placed upon me, I do not include at this time. In accordance to the
223  Universal imperatives, you and yours, that being, those known as government,
224  must not engage in any activity such as: extortion, lying, or breach of our rights
225  and due process. The Universal Imperatives are codified. The ORS also state, that
226  Oregon must protect Oregonians and all others within the state, from that which
227  others, evil doers, can do.

228  We the people are to be protected, from additional harm. Every valid law of the
229  land, Declaration of Independence, Articles of Confederation, Northwest
230  Ordnance, Constitution of the United States of America circa 1819 thru 1860 and
231  valid treaties as of that date 1860, Oregon Constitution are all we have to work
232  with. So, our duty is to that which is known to be valid and lawful in government.

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

8

233  All that claim to be government must prove it; because we find corporate
234  corruption in place of our guaranteed government. FBI; BLM #926038563,
235  municipalities, County government; state government must prove their standing to
236  proceed. Just as I have proved our bona fides to our created.

237  Should it be decided to proceed with this case, after this document, we demand
238  immediate action. We object to any delays. Start actions against all that oppose this
239  Notice and Demand.

240

241  BREACH OF DUTY

242  It is believed that the Factual Background indicated that several of the persons
243  mentioned are civilly and criminally responsible for the actions done to me, the
244  accused, the murdered and Oregonians in general.

245  It seems that the court has decided to separate civil from criminal. I don't
246  recognize that it theirs to decide!  In a court of record the jury decides. That is was
247  PAG by law is guaranteed.

248  Henry and Ron have counselors but remain in propria persona, sui juris.  Any and
249  all PAG are considered co council, to this, upon approval By PAGsAA. There is an
250  abundance of proof to the allegations we have made. There seems to be no proof to
251  substantiate the government's claims of lawful jurisdiction. Neither do we find any
252  lawful government. I will send to be copied all the paperwork accumulated if you
253  need them; no discovery the FBI ignored lawful Oregonian's paperwork. Anna J.
254  Brown's court ignored the unlawful actions of the FBI. I do believe they are
255  common knowledge and all concerned have the documentation that has been
256  neglected due to prosecutorial discretion.  Many unlawful acts appear to have
257  passed. The repugnancy test question is what is required here. Is it repugnant to the
258  Constitution of the United States of America circa 1860? Oregon Constitution of
259  the same time!

260

261  RESTITUTION AND PENANCE

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

9

262  This seems to be in order. This all started because the government overstepped
263  their bounds, refused to abide by their own printed and published information.
264  Therefore, civil rights restitution must start right now with $10,000.00 to each
265  Oregonian showing injury, affidavit is sufficient in all cases."'" Were you, as an
266  Oregonian, distraught, infuriated, disappointed, ill to vomit by the death(injured) of
267  /by Robert LaVoy Finnicum's demise, passing, murder, suicide by cop, ?"**Triple**
268  **this amount for PAGsAA during the next 1 month.** The correct details are codified
269  and will be negotiated. $10,000.00 per incident I believe is the minimum. Maybe
270  only one month or 12 more? your call. Guilt of the charges is not the question,
271  there is no additional proof required, just % of culpability and payment for remedy
272  by law, best suited for the plaintiff of the many to choose from. Attached or
273  available just call.

274  It is noted that the only authorized government agency in the municipality of
275  Beaverton is the duly authorized by the people, is the Beaverton Oversight
276  Committee. A corporation is not a government agency, FBI and others See the
277  Pinkerton Act. Additional restitution and penance will be extracted in further PAG
278  actions to be filed soon.  The bureaucracy will continue in place and at the
279  direction of the CPA firm authorized by the Beaverton Oversight Committee at the
280  order of this court of record and the enforcement of the Marshall for transition
281  from color of law Corporation into Government.

282                                  DEMAND

283  The Beaverton Oversight Committee shall therefore, appoint two of the people in
284  charge of correcting government until all repugnancy is gone. Think, Franklin, son
285  of Billy house of Graham and Guy Kawasaki. By order of this court.etc. A
286  complete audit, inventory and analysis of the government and the bogus color of
287  law corporations discovered and the unlawful actions determined by investigation.
288  Or if there is proof of a better method, obtain concurrence from the plaintiffs.

289  THEREFORE, WE require you and yours at the court of record and with a lawful
290  jury make all due haste find the de facto government(s) have overstepped their
291  bounds and the cases are frauds and void ab initio and restitution shall be made, or
292  not. Time is now for all agencies to do their jobs and abide by the laws, not just the
293  color of law. One can self cure, contact us. This is to be completed by June 29,

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

294  2016 except for the jury trail portion. Reasonable people will sort this out, stop
295  doing wrong, self cure. There is still a huge settlement to be made to all known
296  victims of these egregious acts. Lots of advertising and affidavits. Damages of
297  $100,000.00 will be accepted in lieu of compliance plus default remedy.

298

299                              DEFAULT Remedy

300  If you fail to satisfy the demand promptly, you identified here as, Government et
301  al, (the entire chain of tainted government in this Notice and Demand and the
302  individuals also discovered to be individually in error of bond or risk), for your
303  respective agencies and bond and/or risk management holders as of June 15, 2016
304  plenty of time for the government to prove their claim of ownership of the law and
305  land and government therefore lawful jurisdiction. Prove it by document of said
306  governments to meet the standards of the 4 or 5 Organic laws. This is to be done,
307  to the satisfaction of the court and plaintiff, that there is standing to continue the
308  case.

309

310   You and all will be in default on June 15, 2016 or ready to go to court and have
311  shown the judge and plaintiff enough to get a trial and not go straight to jail. And
312  pay these penalties specified by PAG here.

313  1. $10,000.00 paid to each affidavit from one of the people of Oregon, Supporting
314  truth and allegation of civil rights, due process and RICO violations. By court
315  order and enforced by the Marshall.  Same dates for this default as above, Bundy et
316  al are automatically included each for this penalty.

317   2. $10,000.00 Ronald Vrooman, Ross Abordokaninau , the total arrested in Bundy
318  et al, another $10,000.00 to all affidavits of Oregonians that  prove or allege
319  similar treatment by government passed thru me in the next 12 months, with the
320  same conditions applying for each one. The court or government will have to sort
321  out how the payments are to be paid. It is all covered in statutes. All are named and
322  as individuals of a corporation may be sued by name. Several case law on this type
323  are available.

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

17

324  A lump sum Payment to be negotiated by the PAG standards in the USC.  There is
325  a triple penalty if so include PAGsAA in on that. Where the penalty money comes
326  from is for the court, bonders, et al to decide, bonds, risk management, personal
327  property .

328  A penalty fund of $100,000.00 for investigation and witnesses as seed money for
329  further action into the branches of this poisonous tree we are dealing with. Payable
330  to the Beaverton Oversight Committee by court order within 10 days of default
331  date) **For the judge to decide and continue the monthly payments of**
332  **$10,000.00 until this court and this judge declares the repugnancy gone by**
333  **prosecution of one of the people. PAG.**  To be enforced by this court's order,
334  served by the US Marshall(s).  Is it will be mutually agreed by all to determine
335  this, in a federal court of record by all the laws and statutes that apply most
336  favorablt to the plaintiffs..

337  The default penalty for Oregon $100,000.00; for poor judgment and bad actions by
338  employees of in color of law corporate stand in's for government.. Payable as
339  above. PAG to of course receive their pay and bonus as directed by law. Co-
340  ordinated b y Ronald C Vrooman or other PAGsAA such as Henry or Jenn.

341  And on or about 5 days after the start, of the date of this case, a Skype conversation
342  should take place and for several times and the judges staff will sort that out.
343  Liaison as there is much backed up by these court induced bottlenecks.

344   We will start those other required proceedings to obtain justice as needed. What a
345  horrid travesty this turned out to be, a really low form of human endeavor.

346  Furthermore, we are prepared to continue on in each case and open more. We will
347  see this through to the just finale for all the people.

348  Ronald does not wish to curtail communications with anyone. I accept phone, fax,
349  email and mail. Personal visits at my home are discouraged. The BPD ignores my
350  sign requesting privacy. Please a call before you appear.

351  In this, a court of Record, Comes Plaintiff(s), Ronald Charles Vrooman and Henry
352  Lyle Mayhew and for Oregonians and Americas, and as declared under Federally
353  predicated Private Attorney Generals Henry Lyle Mayhew and Ronald Charles
354  Vrooman  authorized in Acts by Congress, et al, benefiting the People enforcing

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

355 RICO, Civil Rights, Monopoly, Qui Tam, others, whereby as applicable as 14th
356 Amendment Bounty Hunter of Section 4 in this Constitution, and for above
357 enumerated Plaintiff's actions of demands in Civil Rights vindication, RICO and or
358 Due Process and Constitutional violations, or other such rights of the people, or
359 Plaintiff's not yet filed of future demands or enjoined by claims, in Civil Rights,
360 RICO and or Due Process and Constitutional violations, et al, whereby as
361 applicable of these 50 states,

362 We asked counsel if this was needed and was advised that is the proper next step.

363 Ronald Charles Vrooman in propria persona, Sui juris, adult, male, sovereign
364 Oregonian, a member of we the people in our constitutional republic, bound by
365 oath my oath in 1956 to the Constitution of the United States of America circa
366 1819 thru 1860-61, and Henry Lyle Mayhew, man, Colorado. Here by special
367 appearance , ex parte Milligan is invoked, as we function only in a Constitutionally
368 authorized court of record in the common law. And by unrebutted affidavit.

369 And Henry Lyle Mayhew and Ronald Charles Vrooman Private Attorney Generals
370 by the United States Congress 42 U.S.C.1988 and also 18 U.S.C.1510 and 18
371 U.S.C. 1512 and to be known as "One of the People" also "Qualified Criminal
372 Investigator" and "Federal Witness" and by unrebutted affidavit.

373 It has come to our knowledge that there are several acts, repugnant to the
374 Constitution of/for the United/united States of America and the Oregon
375 Constitution circa 1860 and Colorado Constitution circa 1876; being perpetrated
376 upon "we the People" and as "one of the People' action is taken herein. It is to be
377 done without equivocation, secret evasion or mental reservation. We are doing
378 lawful here. We define $ as what is available at a bank, as such. No checks,
379 although you can arrange direct deposit. I will provide the numbers. The payees
380 must provide proof of payment for the Marshall, two weeks after the order was
381 enforce by delivery from the Marshall of the court's orders. Ignoring this court's
382 order on the default payment, will result in a contempt of court order in each case
383 and executed by the Marshall, 1 day of 24 hours within each week the next 10
384 weeks until paid or time is served. So mote it be.

385                                        We reiterate:

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

386  We declare common law in the body of our action, under declared Private Attorney
387  General (federal version) under Congress legislated authority, we declare Civil
388  rights vindication in statues with witness and investigator clause, another congress
389  legislated court and the judge creates it under common law with general federal
390  common law, we now provide standing for PAG, we also invoke RICO,
391  [what we are guaranteed is general Federal common law for due process, Statutory
392  mandates on Civil rights infringement, THE CONSTITUTION of/for the
393  United/united States of America circa 1860 **WHICH IS BACK IN PLAY NOT**
394  ***ANNOTATED FEDERAL RULES UNDER PUBLIC POLICY. CONGRESS***
395  ***STATUES WE CAN ENFORCE,*** *with the power of this court's order and the*
396  *enforcement of the US Marshall etc ]*
397  
*Ronald Charles Vrooman*
*May 2, 2016*

[Type text]
Contact ronvrooman 503 641 8375 with questions, answers; evidence; and to blow a whistle.

14