



Clerk of the court US District Courthouse 740

3'16 cv 0770 yy and 3;16 cv 1109yy

From Ronald C. Vrooman

Both of these cases are filed into court of record in common law. Various unauthorized persons from courthouse 740 have entered into these cases theyare de facto and have no business in our private court in common law.

I wrote Notice and Demand to the clerk of the courthouse 740 and she never responded. I read Article III sec2 and the 11 amendment and the VII amendment and find you folks are not complying with the founding documents the laws of the land 1819 through 1860-61.

I am therefore seeking a certificate of default and then a judgment to enforce the default.

The clerk said put my questions in writing and they will be answered.

How, can judiciary in corporate governance answer in a case filed in a court of record in common law? De facto has no standing in common law!

How can papers filed by me into a case(s) be ignored by the clerks and magistrates under recusal file into the cases? Then a judge supposedly make decisions on plain paper without a seal, signature or watermark?

Show me your bona fides.

Ronald C Vrooman
12/22/2016