Ronald Charles Vrooman General Delivery Beaverton, Oregon[97005] 503 641 8375
ronvrooman@gmail.com

## united States Federal District Court Portland

### Traverse : Reply to a denial

To: clerk of the court

From: ronald charles vrooman a private man on Oregon; aka Ronald Charles Vrooman trustee to the PMA named RONALD CHARLES VROOMAN title IV rule 17b 3 A. Private Attorney Generals by the United States Congress lawfully authorized by the legislation of 42 U.S.C.1988 and also 18 U.S.C.1510 and 18 U.S.C. 1512 and to be known as "One of the People" also "Qualified Criminal Investigator" and "Federal Witness" and by unrebutted affidavit. Status identified and recorded in several places, Member of the Beaverton Oversight Committee. It is content over form I do lawful not legal and this is my best effort.

## This Court, with this case identifier 3:16-CV-0770-YY, has been incapable of providing an Article III, 11th amendment, VII amendment court of record.

This court denies me due process! That is a violation of 18 USC 3571 and it is with incontrovertible evidence in your own court records. From the start with no common law facilities, necessities and amenities available, that is probably a clerical problem, no judiciary available all FARA. Attempting to charge a fee, maybe charging a fee and crying "no way to refund!" assigning unlawful judge(s), Pro Tem and sometimes attorneys sitting on the bench as non judge or pro tem, demanding Pro se from me, when there is no bona fide court, no jurisdiction proven and making demands and issuing rulings in a court of record in common law and stated as such on your own docket. Would that be an error and as such be corrected, breach of etiquette may hap?

I reject! most all of this courts paperwork, as it is de facto corporate governance. I am a free inhabitant on Oregon, my status is secure. There is a stack of questions and the clerks assigned do not seem to answer. Lawfully the Federal DC court is lacking jurisdiction. I am guaranteed my court of record and I am being denied due process.

I am not in Equity, Admiralty, Martial, and Maritime! I am a private man in common law. I demand my court on Washington County Oregon and guaranteed by my inalienable right. See the first organic laws in the USC! I don't mean University of Southern California.

From this point add on **FOIA**. Notice to the agent of the court is notice to all the agents and the courts; if you are not the guardian of this information pass this on to the correct person. There are

Ronald Charles Vrooman General Delivery Beaverton, Oregon[97005] 503 641 8375 ronvrooman@gmail.com

three weeks, 21 days to respond without equivocation, mental reservation or secret evasion. Identify all the Article III courts available at the location of this courthouse and if they are movable to on Oregon, and who is the responsible party for Equity, Admiralty, Martial, Maritime and common law? Is your court private or public? is it incorporated? Provide the title and deed from the public records at a title company. Then lawfully identify all of the corporate members or governance officials associated with those documents. Jurisdiction! Do not give me, There are no common law courts since the U.S. Bankruptcy – 1933 and the Erie Railroad v Thompkins case! And the BAR's demand, circa 1946, to switch to statutory! Effectively denying we the free inhabitants and state nationals and non-US citizens our due process. [unless formed by the sovereign people for their own private purposes!!] You in your federal courthouse provide me! my court of record or be in contempt of whatever documents used as your base of legal fiction. The only documents that are both lawful and legal are found in the ones named organic. And from the era circa 1819 thru 1860-61.

FOIA answer the questions for all judges in this court/courthouse: are Judges? or Judges are! in their own private member association, INTERNATIONAL ASSOCIATION OF JUDGES with THE UNIVERSAL CHARTER OF THE JUDGE. It is! or is it or is it not? a foreign association. Thanks Joe.

Accardi Doctine and Due Process requires a proper answer and to moderate, cooperate and mediate then determine where the 4 Branches of the lawful Government using the documents for law valid circa 1819 through 1860-61, SAL volume 1 page 10. I am unable at this time, in my investigation, determine the exact day of the fraud of the BAR attorney Lincoln's era as POTUS. This is ongoing. Fraud vitiates all.

If you do not respond; that will be acquiescence to the charges of or claim that- there is no Article III 11th amendment, VII amendment court available and admission of denial of due process and admission of proof of violation with incontrovertible evidence and awarding the penalty of 250K per 18 USC 3571 against the bond or risk management insurance applicable upon presentation of an invoice. [A fairly appropriate paragraph that would go into your Judicial Notice, Private Admin Process and/or Tort Claim, again a private one! Said Robert]

*without State of Oregon*
*without County of Washington*
*on penalty of perjury*
*Sworn and affirmed be because.*
*[signature]*
*[illegible] on Oregon within the United States of America*

*M S*
*Notary Public- State of Oregon*

OFFICIAL SEAL
MELISSA MAE STUDINGER
NOTARY PUBLIC - OREGON
COMMISSION NO. 941448
MY COMMISSION EXPIRES AUG. 16, 2019

*certified copy*